[No. 61843-1-I. Division One. July 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL R. FORRESTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03181-9, Charles W. Mertel, J., entered June 18, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Cox, J.

[Nos. 61956-0-I; 62256-1-I; Division One. July 6, 2009.] 62257-9-I.

JEAN E. TROST, *Appellant*, v. AESTHETIC LITETOUCH, INC., PS, ET AL., *Respondents*, BELLA TU, INC., ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 06-2-11048-0, Susan J. Craighead, J., entered June 13, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Dwyer, A.C.J., concurred in by Cox and Lau, JJ.

[No. 62138-6-I. Division One. July 6, 2009.]

PHELPS AUTOBROKERS, LLC, *Respondent*, v. BRIAN WILLIAM DAVIES ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 31, 2009. Substitute opinion filed. See 151 Wn. App. 1063.

[No. 62326-5-I. Division One. July 6, 2009.]

NORTH PACIFIC CRANE COMPANY, LLC, *Appellant*, v. SCOTT L. BEAR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-26703-4, Douglas D. McBroom, J., entered August 15, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Lau, J.